Ronald Wilcox, State Bar No. 176601
Attorney at Law
2160 The Alameda, Suite F, 1st Floor
San Jose, California 95126
Telephone Number: (408) 296-0400
Facsimile Number: (408) 296-0486

Attorney for Plaintiff

#99
Fees Pd
SI

FILED
2007 JUL -5 A 9: 10
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

MICHAEL HAWKINS,

Plaintiff,

v.

CONTINENTAL CREDIT CONTROL, INC.,

Defendant.

Case No. C07 03484 RS

COMPLAINT

E-FILING

**COMPLAINT**

**DEMAND FOR JURY TRIAL**

**I. INTRODUCTION**

1.   This is an action for damages brought by consumers for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. (hereinafter "FDCPA") and California's Rosenthal Fair Debt Collection Practices Act, Civil Code § 1788 et seq. (hereinafter "state Act"), which prohibit debt collectors from engaging in abusive, deceptive and unfair practices.  Plaintiff alleges that Defendant sent letters that were false, deceptive, and misleading, in violation of the debt collection laws.

1

2. According to 15 U.S.C. § 1692:

(a) There is abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors. Abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy.

(b) Existing laws and procedures for redressing these injuries are inadequate to protect consumers.

(c) Means other than misrepresentation or other abusive debt collection practices are available for the effective collection of debts.

(d) Abusive debt collection practices are carried on to a substantial extent in interstate commerce and through means and instrumentalities of such commerce. Even where abusive debt collection practices are purely intrastate in character, they nevertheless directly affect interstate commerce.

(e) It is the purpose of this title to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses.

## II. JURISDICTION AND VENUE

3. Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d), 28 U.S.C. § 1337, and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. § 1367. Declaratory relief is available pursuant to 28 U.S.C. § 2201 and § 2202. Venue in this District is proper in that Defendant transacts business here and the conduct complained of occurred here.

## III. PARTIES

4. Plaintiff MICHAEL HAWKINS (hereinafter "Mr. Hawkins") is a natural person residing in Mountain View, California.

5. Mr. Hawkins is a "consumer" as defined by 15 U.S.C. § 1692a(3) and is a "debtor" within the meaning of Cal. Civil Code § 1788.2(h).

6. Defendant CONTINENTAL CREDIT CONTROL, INC. (hereinafter "Defendant Collector") is a corporation in California and regularly attempts to collect debts owed another with its principal place of business of 22 N. Milpas Street, Santa Barbara, CA 93103.

7. Defendant Collector is a "debt collector" as defined by 15 U.S.C. § 1692a(6) and Cal. Civil Code 1788.2.

8. Plaintiff alleges that at all times herein mentioned, each Defendant was, and is now, the agent, servant, employee and/or other representative of the other Defendants, and in doing the things herein alleged, was acting in the scope, purpose and authority of such agency, service employment, and/or representative capacity with the permission, knowledge, consent and ratification of the other Defendants.

9. Any reference hereinafter to "Defendant" or "Defendants", without further qualification is meant by the Plaintiff to refer to each Defendant named above.

## IV. **FACTUAL ALLEGATIONS**

10. Mr. Hawkins incurred a consumer obligation to Segal & Indianer Physiciatric in the amount of $373.73, for personal, family or household purposes.

11. Mr. Hawkins is informed and believes, and thereon alleges that sometime thereafter on a date unknown to the Mr. Hawkins, the debt was sold, assigned or otherwise transferred to Defendant Collector.

12. On or about July 6, 2006, Defendant Collector sent a collection letter to Mr. Hawkins, in an attempt to collect a debt or collect payment on a debt. A true and correct copy of the July 6, 2006 collection letter is attached herein to the complaint as **Exhibit 1**.

13. **Exhibit 1** refers to account number 0030211411 and a total due of $377.71.

14. **Exhibit 1** contains a header that reads:

> **WARNING ! ! !**

15. The body of **Exhibit 1** stated:

"Time has expired for you to make arrangements with this office. Your failure to remit the full balance due immediately will be reported to a credit reporting agency or referred to our attorney for appropriate action.

In order to avoid this action, you must contact this office immediately to make arrangements for payment."

16. The signature line of the **Exhibit 1** collection letter contained a facsimile signature of "Karen Lord Ext 4437, Continental Credit Control."

17. **Exhibit 1** contains false, misleading, and deceptive statements in an attempt to collect a debt or collect payment on a debt.

18. **Exhibit 1** falsely threatened imminent action not intended and not taken within the time frame threatened, including legal action.

19. **Exhibit 1** created a false sense of urgency.

20. On or about July 27, 2006, Defendant Collector sent a collection letter to Mr. Hawkins, in an attempt to collect a debt or collect payment on a debt. A true and correct copy of the July 27, 2006 collection letter is attached herein to the complaint as **Exhibit 2**.

21. **Exhibit 2** refers to account number 0030211411, PIN #: 51456, and a total due of $379.64.

22. The body of **Exhibit 2** stated:

"Today we reported your past due account(s) as listed above to Experian Credit Data, Trans Union and Equifax (your personal credit report).

Collection accounts hinder credit. Credit is a valuable asset. Protect it.

AN OPEN COLLECTION ACCOUNT CAN RUIN YOUR CREDIT WORTHINESS.

Call today to resolve your account(s). It is important to restore your good credit rating.

If this account is not paid, based on your current information, we will be forced to proceed with whatever legal means necessary to collect the full balance due."

23. The signature line of the **Exhibit 2** collection letter contained a facsimile signature of "Karen Lord Ext 4437, Continental Credit Control."

24. **Exhibit 2** contradicts the statements in **Exhibit 1** which stated, "Time has expired for you to make arrangements with this office." Thus **Exhibit 1** is objectively false.

25. **Exhibit 2** contains false, misleading, and deceptive statements in an attempt to collect a debt or collect payment on a debt.

26. **Exhibit 2** falsely threatened imminent action not intended and not taken within the time frame threatened, including legal action.

27. **Exhibit 2** created a false sense of urgency.

28. On or about August 14, 2006, Defendant Collector sent a collection letter to Mr. Hawkins, in an attempt to collect a debt or collect payment on a debt. A true and correct copy of the August 14, 2006 collection letter is attached herein to the complaint as **Exhibit 3**.

29. **Exhibit 3** refers to account number 0030211411, PIN #: 51456 and a total due of $381.29.

30. **Exhibit 3** contains a header that reads:

**YOUR PROMISE TO THIS OFFICE HAS BEEN BROKEN**

31. The body of **Exhibit 3** stated:

"You have not made your payment(s) as promised.

Please call our office immediately to avoid further action."

5

32. The signature line of the **Exhibit 3** collection letter contained a facsimile signature of "Karen Lord Ext 4437, Continental Credit Control."

33. **Exhibit 3** contains false, misleading, and deceptive statements in an attempt to collect a debt or collect payment on a debt.

34. **Exhibit 3** falsely threatened imminent action not intended and not taken within the time frame threatened, including legal action.

35. **Exhibit 3** created a false sense of urgency.

36. On or about December 4, 2006, Defendant Collector sent a collection letter to Mr. Hawkins, in an attempt to collect a debt or collect payment on a debt. A true and correct copy of the December 4, 2006 collection letter is attached herein to the complaint as **Exhibit 4**.

37. **Exhibit 4** refers to account number 0030211411, PIN #: 51456, and a total due of $391.57.

38. The body of **Exhibit 4** stated:

"THERE IS STILL TIME!!!   YOUR CREDIT HAS NOT YET BEEN AFFECTED BY THIS ACCOUNT.

The account listed above was assigned to collections on 12/16/05. The account will not be reported to your credit report until 30 days have passed from the date of assignment. Immediate payment can prevent your credit from being affected by this account.

We recommend you contact our office without delay to arrange for the payment of your debt within the above referenced time frame."

39. The signature line of the **Exhibit 4** collection letter contained a facsimile signature of "Lori Alison Ext 4437, Continental Credit Control."

40. Defendant Collector falsely represented to Mr. Hawkins that his credit was not affected and that Defendant Collector did not report his account to the credit bureaus.

41. Defendant Collector began reporting the delinquent debt in June 2004.

6

42. **Exhibit 4** contains false, misleading, and deceptive statements in an attempt to collect a debt or collect payment on a debt.

43. On or about February 13, 2007, Defendant Collector sent a collection letter to Mr. Hawkins, in an attempt to collect a debt or collect payment on a debt. A true and correct copy of the February 13, 2007 collection letter is attached herein to the complaint as **Exhibit 5**.

44. **Exhibit 5** refers to account number 0030211411, PIN #: 51456, and a total due of $398.09.

45. **Exhibit 5** contains a header that reads:

> >>> **REMINDER** <<<

46. **Exhibit 5** stated:

"Our records indicate your scheduled payment is or soon will be due."

47. The signature line of the **Exhibit 5** collection letter contained a facsimile signature of "Lori Alison Ext 4437, Continental Credit Control."

48. **Exhibit 5** contradicts the statements in **Exhibit 1** which stated, "Time has expired for you to make arrangements with this office." Thus **Exhibit 1** is objectively false.

49. Defendant Collector did not take legal action against Mr. Hawkins within the time frame threatened.

50. On information and belief Mr. Hawkins contends that Defendants' practice is not to immediately initiate legal proceedings, nor did they within the time frame threatened.

51. On information and belief Mr. Hawkins contends that Defendant does not file suit on debts of less than $500, and thus, made false threats of an imminent legal action in its letters to Mr. Hawkins.

52. Review of public records reveals that Defendant does not file suit here in Santa Clara County.

53. Defendants attempted to collect a debt via the use of false, deceptive, and misleading collection tactics.

54. As a direct and proximate result of Defendants' outrageous conduct, Plaintiff has suffered substantial emotional damage including, mental distress, mental suffering, and/or mental anguish, including fear, concern, worry, anxiety, insomnia, decreased appetite, heartburn, embarrassment, and loss of concentration at work, amongst other negative emotions.

55. Defendant Collector sent letters in the form of **Exhibits 1 to 5** to 40 or more persons in California in the one-year preceding the filing of this complaint. Plaintiff may seek to amend to add class allegations at a later time.

56. As a result of the above violations, Defendant is liable to Mr. Hawkins for statutory damages, attorney's fees and costs.

## V. FIRST CAUSE OF ACTION

**(Federal Fair Debt Collection Practices Act 15 U.S.C. § 1692 *et seq.*)**

57. Plaintiff incorporates by reference each and every paragraph alleged above.

58. Defendant violated 15 U.S.C. § 1692 et seq., including but not limited to, 15 U.S.C. § 1692e, 1692e(5), and 1692e(10), by attempting to collect a debt through unfair and deceptive means.

59. Defendant violated 15 U.S.C. § 1692e and 1692e(5) by falsely threatening imminent action not intended and not taken within the time frame threatened, including legal action.

60. Defendant violated 15 U.S.C. § 1692e and 1692e(10) by using false, deceptive, and

misleading statements in its collection letters to Plaintiff.

61. Defendant violated 15 U.S.C. 1692e and 1692e(10) by sending correspondence to Plaintiff that contained objectively false statements.

62. Defendant violated 15 U.S.C. § 1692e and 1692e(10) by creating a false sense of urgency.

63. As a result of the above violations of the FDCPA, Defendant is liable to Mr. Hawkins for statutory damages, costs and attorney's fees.

## VI. SECOND CAUSE OF ACTION

**(California Fair Debt Collection Practices Act Civil Code § 1788 *et seq.*)**

64. Plaintiff incorporates by reference each paragraph alleged above.

65. Defendant violated the state Act. Defendant's violations of the state Act include, but are not limited to those mentioned in the paragraphs below.

66. Defendant's acts as described above were done willfully and knowingly with the purpose of coercing Plaintiff to pay the alleged debt, within the meaning of Cal. Civil Code § 1788.30(b).

67. Defendant violated Cal. Civil Code § 1788.13(j) by falsely representing that a legal proceeding is about to be instituted unless payment was made.

68. Defendant violated Cal. Civil Code § 1788.17, which provides that every debt collector collecting or attempting to collect a consumer debt shall comply with the provisions of § 1692b to 1692j and shall be subject to the remedies of § 1692k of Title 15 of the United States Code.

69. Pursuant to Cal. Civil Code 1788.32, the remedies under Civil Code are intended to be cumulative and in addition to any other remedies under any other law.

WHEREFORE, Plaintiff prays that this Honorable Court grant the following relief:

A. Declare the Defendant's conduct violated the FDCPA and Cal. Civil Code 1788.

B. Statutory damages and actual damages pursuant to Cal. Civil Code § 1788.17, 1788.30, and 15 U.S.C. § 1692k.

C. Costs and reasonable attorney's fees pursuant to Cal. Civil Code § 1788.17, 1788.30, and 15 U.S.C. § 1692k.

D. Grant such other and further relief as it deems just and proper.

Respectfully submitted,

_____         6/28/07
Ronald Wilcox, Attorney for Plaintiff    Date

**DEMAND FOR JURY TRIAL**

Please take notice that Plaintiff demands trial by jury in this action.

_____         6/28/07
Ronald Wilcox, Attorney for Plaintiff    Date

# Exhibit 1

# Continental Credit Control

PO Box 30348
Santa Barbara CA 93130-0348
ADDRESS SERVICE REQUESTED

(805) 899-4431

July 6, 2006

CONTINENTAL CREDIT CONTROL
PO Box 30348
Santa Barbara CA 93130-0348

#BWNHRMD    141817    4112
#0706 1132 0004 1125#    00302114-005

Michael G Hawkins
191 E El Camino Real Spc 257
Mountain View CA 94040-2711

CCC Account #: 00302114    11
Total Due: $377.71

Account Number + 3-Digit Verification # (on back of card)   Exp Date
_____ /___
Card Holder Name                                                    $
_____ Pmt Amt
Signature of Card Hoider                                /___/
                                                              Date

**Past Due Balance**

***Detach Upper Portion and Return with Payment***

**RE: Segal & Indianer Physiciatric**

| **Account #** | **Creditor** | **Total Due** |
|---|---|---|
| HAWMI000 | Segal & Indianer Physiciatric | 377.71 |

TOTAL DUE: $377.71

**WARNING !!!**

Time has expired for you to make arrangements with this office. Your failure to remit the full balance due immediately will be reported to a credit reporting agency or referred to our attorney for appropriate action.

In order to avoid this action, you must contact this office immediately to make arrangements for payment.

Sincerely,

*Karen Lord Ext 4437*
*Continental Credit Control*

This communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Visit us at www.CCCpayOnline.com
To pay by  

WESTERN | QUICK
UNION    | COLLECT
The fastest way to send a payment
Code City: CANNON, CA

 Checks by telephone,
please call for details.
**(805) 899-4431**

You will need Account #: 00302114
And Your CCC PIN #: 51456

1DAKS1342005

CONTINENTAL CREDIT CONTROL ♦ 22 N Milpas Street, Ste C ♦ Santa Barbara CA 93103-3300 ♦ (805) 899-4431

# Exhibit 2


PO Box 30348
Santa Barbara CA 93130-0348

ADDRESS SERVICE REQUESTED

**Continental**
**Credit**
**Control**                      (805) 899-4432

www.CCCpayOnline.com

July 27, 2006

CONTINENTAL CREDIT CONTROL
PO Box 30348
Santa Barbara CA 93130-0348

#BWNHRMD    128769    7046
#0727 1333 0007 0464#    00302114-007

Michael G Hawkins
191 E El Camino Real Spc 257
Mountain View CA 94040-2711

Account Number + 3-Digit Verification # (on back of card)    Exp Date
                                                             $
Card Holder Name                                             Pmt Amt

Signature of Card Holder                                     Date

CCC Account #: 00302114    11    PIN #: 51456
Total Due: $379.64

**Past Due Balance**

***Detach Upper Portion and Return with Payment***

**RE: Segal & Indianer Physiciatric**

| **Account #** | **Creditor** | **Total Due** |
|---|---|---|
| HAWMI000 | Segal & Indianer Physiciatric | 379.64 |

TOTAL DUE: $379.64

Today we reported your past due account(s) as listed above to Experian Credit Data, Trans Union, and Equifax (your personal credit report).

Collection accounts hinder credit. Credit is a valuable asset. Protect it.

AN OPEN COLLECTION ACCOUNT CAN RUIN YOUR CREDIT WORTHINESS.

Call today to resolve your account(s). It is important to restore your good credit rating.

If this account is not paid, based on your current information, we will be forced to proceed with whatever legal means necessary to collect the full balance due.

Sincerely,

*Karen Lord Ext 4437*
**Continental Credit Control**

This communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Visit us at www.CCCpayOnline.com
To pay by  

WESTERN UNION | QUICK COLLECT
The fastest way to send a payment
Code City: CANNON, CA

Checks by telephone, please call for details.
**(805) 899-4432**

You will need Account #: 00302114
And Your CCC PIN #: 51456

IDAKS1342007

CONTINENTAL CREDIT CONTROL ♦ 22 N Milpas Street, Ste C ♦ Santa Barbara CA 93103-3300 ♦ (805) 899-4432

# Exhibit 3

**Continental Credit Control**

PO Box 30348
Santa Barbara CA 93130-0348

ADDRESS SERVICE REQUESTED

www.CCCpayOnline.com

(805) 899-4432

August 14, 2006

#BWNHRMD   615760   5402
#0814 1423 0005 4026#   00302114-006

Michael G Hawkins
191 E El Camino Real Spc 257
Mountain View CA 94040-2711

CONTINENTAL CREDIT CONTROL
PO Box 30348
Santa Barbara CA 93130-0348

CCC Account #: 00302114   11   PIN #: 51456
Total Due: $381.29

Account Number + 3-Digit Verification # (on back of card)   Exp Date
_____   /____
                                              $_____
Card Holder Name                              Pmt Amt
_____   /___/___
Signature of Card Holder                      Date

**Past Due Balance**

***Detach Upper Portion and Return with Payment***

**RE: Segal & Indianer Physiciatric**

| Account # | Creditor | Total Due |
|---|---|---|
| HAWMI000 | Segal & Indianer Physiciatric | 381.29 |

TOTAL DUE: $381.29

**YOUR PROMISE TO THIS OFFICE HAS BEEN BROKEN**

You have not made your payment(s) as promised.

Please call our office immediately to avoid further action.

Sincerely,

*Karen Lord Ext 4437*
**Continental Credit Control**

This communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Visit us at www.CCCpayOnline.com
To pay by [VISA] [MasterCard] [Discover] [CHECK Cards]
You will need Account #: 00302114
And Your CCC PIN #: 51456

**WESTERN UNION | QUICK COLLECT**
The fastest way to send a payment
Code City: CANNON, CA

Checks by telephone,
please call for details.
(805) 899-4432

IDAKS1342006

CONTINENTAL CREDIT CONTROL ♦ 22 N Milpas Street, Ste C ♦ Santa Barbara CA 93103-3300 ♦ (805) 899-4432

# Exhibit 4

**Continental Credit Control**   www.CCCpayOnline.com

PO Box 30348
Santa Barbara CA 93130-0348
ADDRESS SERVICE REQUESTED

(805) 899-4432

December 4, 2006

CONTINENTAL CREDIT CONTROL
PO Box 30348
Santa Barbara CA 93130-0348

#BWNHRMD   669514   1872
#1204 1333 0001 8729#   00302114-016

Michael G Hawkins
191 E El Camino Real Spc 257
Mountain View CA 94040-2711

Account Number + 3-Digit Verification # (on back of card)   Exp Date
$
Card Holder Name   Pmt Amt
Signature of Card Holder   Date

CCC Account #: 00302114   11   PIN #: 51456
Total Due: $391.57

**Past Due Balance**

***Detach Upper Portion and Return with Payment***

**RE: Segal & Indianer Physiciatric**

| Account # | Creditor | Total Due |
|---|---|---|
| HAWMI000 | Segal & Indianer Physiciatric | 391.57 |

TOTAL DUE: $391.57

THERE IS STILL TIME!!!   YOUR CREDIT HAS NOT YET BEEN AFFECTED BY THIS ACCOUNT.

The account listed above was assigned to collections on 12/16/05. The account will not be reported to your credit report until 30 days have passed from the date of assignment. Immediate payment can prevent your credit from being affected by this account.

We recommend you contact our office without delay to arrange for the payment of your debt within the above referenced time frame.

Sincerely,

*Lori Alison Ext 4437*
*Continental Credit Control*

This communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Visit us at www.CCCpayOnline.com
To pay by   
You will need Account #: 00302114
And Your CCC PIN #: 51456

**WESTERN UNION | QUICK COLLECT**
The fastest way to send a payment
Code City:  CANNON, CA

 Checks by telephone,
please call for details.
(805) 899-4432

IDAKS1342016

CONTINENTAL CREDIT CONTROL ♦ 22 N Milpas Street, Ste C ♦ Santa Barbara CA 93103-3300 ♦ (805) 899-4432

# Exhibit 5

||||
|---|---|---|
| PO Box 30348<br>Santa Barbara CA 93130-0348<br>ADDRESS SERVICE REQUESTED | | **Continental**<br>**Credit**<br>**Control**   (805) 899-4432 |

February 13, 2007

#BWNHRMD    239668    3939
#0213 1323 0003 9397#    00302114-009

Michael G Hawkins
191 E El Camino Real Spc 257
Mountain View CA 94040-2711

CONTINENTAL CREDIT CONTROL
PO Box 30348
Santa Barbara CA 93130-0348

CCC Account #: 00302114   11   PIN #: 51456
Total Due: $398.09

Account Number + 3-Digit Verification # (on back of card)   Exp Date
Card Holder Name   Pmt Amt
Signature of Card Holder   Date

**Past Due Balance**

***Detach Upper Portion and Return with Payment***

**RE: Segal & Indianer Physiciatric**

| Account # | Creditor | Total Due |
|---|---|---|
| HAWMI000 | Segal & Indianer Physiciatric | 398.09 |

TOTAL DUE: $398.09

> > > **REMINDER** < < <

1) If payment is in the mail, disregard the notice.
2) If your payment is not yet due, please remit on time as usual.
3) If your payment is past due, remit at once!

Our records indicate your scheduled payment is or soon will be due. For your convenience, an envelope is provided. Please contact this office immediately if, for any reason, you are unable to pay as scheduled.

Sincerely,

*Lori Alison Ext 4437*
**Continental Credit Control**

This communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Visit us at www.CCCpayOnline.com
To pay by [VISA] [MasterCard] [Discover] [CHECK]
You will need Account #: 00302114
And Your CCC PIN #: 51456


WESTERN UNION | QUICK COLLECT
The fastest way to send a payment
Code City: CANNON, CA

  Checks by telephone, please call for details.
(805) 899-4432

JDAKS1342009

CONTINENTAL CREDIT CONTROL ♦ 22 N Milpas Street, Ste C ♦ Santa Barbara CA 93103-3300 ♦ (805) 899-4432