STUART J. COLVILLE   (SBN 92561)
Attorney at Law
5020 Campus Drive
Newport Beach, California 92660
Telephone:  (949) 274-5257
Facsimile:   (949) 757-0094
colvillelaw@mindspring.com

Attorney for Defendant Continental Credit Control,

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL HAWKINS,<br><br>    Plaintiff,<br><br>    Vs.<br><br>CONTINENTAL CREDIT CONTROL , INC<br><br>    Defendant. | Case No.  C07-03484-RS<br><br>Assigned to Hon. Richard Seeborg<br><br>**ANSWER OF CONTINENTAL CREDIT CONTROL, INC. TO COMPLAINT** |

   Defendant Continental Credit Control ("CCC") also referred to herein as ( "Defendant") by and through the undersigned counsel, responds to the Complaint filed by plaintiff Michael Hawkins ("Plaintiff") as follows:

   1.   In response to paragraph 1 of the Complaint, Defendant admit that, the statutes cited in said paragraph exist as set forth but deny the violation of

said statutes in any manner whatsoever including, but not limited to, the violations set forth by Plaintiff in said paragraph.

2.    In response to paragraph 2 of the Complaint, Defendant admits that, the statutes cited in said paragraph exist as set forth but deny the violation of said statutes in any manner whatsoever including, but not limited to, the violations set forth by Plaintiff in said paragraph.

3.    In response to paragraph 3 of the Complaint, Defendant admits that, based upon the allegations in the Complaint, the Court has jurisdiction over Plaintiff's claims.  Defendant also acknowledges that this court is a court of proper venue for this action.  Except for the allegations expressly admitted above, Defendant denies each of the allegations in this paragraph.

4.    In response to paragraph 4 of the Complaint, Defendant admits each of the allegations in this paragraph. Defendant further alleges that Plaintiff lacks standing to bring this action.

5    In response to paragraph 5 of the Complaint, Defendant admits each of the allegations in this paragraph. Defendant further alleges that Plaintiff lacks standing to bring this action.

6.    In response to paragraph 6 of the Complaint, Defendant admit each of the allegations in this paragraph. Defendant further allege that Continental Credit Control, Inc. is a corporation organized and operating pursuant to the laws of the State of California

7.    In response to paragraph 7 of the Complaint, Defendant admits the allegations in this paragraph.

8.    In response to paragraph 8 of the Complaint, Defendant lacks information and belief as to the existence of any other defendant other than itself and thus denies each and every allegation contained in said paragraph.

9. In response to paragraph 9 of the Complaint, Defendant lacks information and belief as to the existence of any other defendant other than itself and thus denies each and every allegation contained in said paragraph.

10. In response to paragraph 10 of the Complaint, Defendant admits the allegations in this paragraph.

11. In response to paragraph 11 of the Complaint, Defendant admits the allegations in this paragraph.

12. In response to paragraph 12 of the Complaint, Defendant admits the allegations in this paragraph.

13. In response to paragraph 13 of the Complaint, Defendant admits the allegations in this paragraph.

14. In response to paragraph 14 of the Complaint, Defendant admits each of the allegations in this paragraph.

15. In response to paragraph 15 of the Complaint, Defendant admits each of the allegations in this paragraph.

16. In response to paragraph 16 of the Complaint, Defendant admits each of the allegations in this paragraph.

17. In response to paragraph 17 of the Complaint, Defendant denies each of the allegations in this paragraph.

18. In response to paragraph 18 of the Complaint, Defendant denies each of the allegations in this paragraph.

19. In response to paragraph 19 of the Complaint, Defendant denies each of the allegations in this paragraph.

20. In response to paragraph 20 of the Complaint, Defendant admits each of the allegations in this paragraph.

21. In response to paragraph 21 of the Complaint, Defendant admits

1  each of the allegations in this paragraph.
2       22.   In response to paragraph 22 of the Complaint, Defendant admits
3  each of the allegations in this paragraph.
4       23.   In response to paragraph 23 of the Complaint, Defendant admits
5  each of the allegations in this paragraph.
6       24.   In response to paragraph 24 of the Complaint, Defendant denies
7  each of the allegations in this paragraph.
8       25.   In response to paragraph 25 of the Complaint, Defendant denies
9  each of the allegations in this paragraph.
10      26.   In response to paragraph 26 of the Complaint, Defendant denies
11 each of the allegations in this paragraph.
12      27.   In response to paragraph 27 of the Complaint, Defendant denies
13 each of the allegations in this paragraph.
14      28.   In response to paragraph 28 of the Complaint, Defendantadmits
15 each of the allegations in this paragraph.
16      29.   In response to paragraph 29 of the Complaint, Defendant admits
17 each of the allegations in this paragraph.
18      30.   In response to paragraph  30 of the Complaint, Defendant admits
19 each of the allegations in this paragraph.
20      31.   In response to paragraph 31 of the Complaint, Defendant admits
21 each of the allegations in this paragraph.
22      32.   In response to paragraph 32 of the Complaint, Defendant admits
23 each of the allegations in this paragraph.
24      33.   In response to paragraph 33 of the Complaint, Defendant, denies
25 each of the allegations in this paragraph.
26      34.   In response to paragraph 34 of the Complaint,, Defendant denies

each of the allegations in this paragraph.

35. In response to paragraph 35 of the Complaint, Defendant denies each of the allegations in this paragraph.

36. In response to paragraph 36 of the Complaint, Defendant admits each of the allegations in this paragraph.

37. In response to paragraph 37 of the Complaint, Defendant admits each of the allegations in this paragraph.

38. In response to paragraph 38 of the Complaint, Defendant admits each of the allegations in this paragraph.

39. In response to paragraph 39 of the Complaint, Defendant admits each of the allegations in this paragraph.

40. In response to paragraph 40 of the Complaint, Defendant denies each of the allegations in this paragraph.

41. In response to paragraph 41 of the Complaint, Defendant lacks sufficient information and belief as to the first reporting date and thus denies each of the allegations in this paragraph.

42. In response to paragraph 42 of the Complaint, Defendant denies each of the allegations in this paragraph.

43. In response to paragraph 43 of the Complaint, Defendant admits each of the allegations in this paragraph.

44. In response to paragraph 44 of the Complaint, Defendant admits each of the allegations in this paragraph.

45. In response to paragraph 45 of the Complaint, Defendant admits each of the allegations in this paragraph.

46. In response to paragraph 46 of the Complaint, Defendant admits each of the allegations in this paragraph.

46. In response to paragraph 46 of the Complaint, Defendant admits each of the allegations in this paragraph.

47. In response to paragraph 47 of the Complaint, Defendant admits each of the allegations in this paragraph.

48. In response to paragraph 48 of the Complaint, Defendant admits each of the allegations in this paragraph.

49. In response to paragraph 49 of the Complaint, Defendant denies each of the allegations in this paragraph. Defendant states that none of the Exhibits attached to Plaintiff's complaint threaten "legal action" nor do they suggest any timeframe for the same.

50. In response to paragraph 50 of the Complaint, Defendant denies each of the allegations in this paragraph. Defendant states that none of the Exhibits attached to Plaintiff's complaint threaten "legal action" nor do they suggest any timeframe for the same.

51. In response to paragraph 51 of the Complaint, Defendant denies each of the allegations in this paragraph.

52. In response to paragraph 52 of the Complaint, Defendant denies each of the allegations in this paragraph.

53. In response to paragraph 53 of the Complaint, Defendant denies each of the allegations in this paragraph.

54. In response to paragraph 54 of the Complaint, Defendant denies each of the allegations in this paragraph.

55. In response to paragraph 55 of the Complaint, Defendant denies each of the allegations in this paragraph.

56. In response to paragraph 56 of the Complaint, Defendant denies each of the allegations in this paragraph.

57. **In response to paragraph 57 of the Complaint, Defendant restates its responses as set forth in paragraphs 1-56, above.**

58. **In response to paragraph 58 of the Complaint, Defendant denies each of the allegations in this paragraph.**

59. **In response to paragraph 59 of the Complaint, Defendant denies each of the allegations in this paragraph.**

60. **In response to paragraph 60 of the Complaint, Defendant denies each of the allegations in this paragraph.**

61. **In response to paragraph 61 of the Complaint, Defendant denies each of the allegations in this paragraph.**

62. **In response to paragraph 62 of the Complaint, Defendant denies each of the allegations in this paragraph.**

63. **In response to paragraph 63 of the Complaint, Defendant denies each of the allegations in this paragraph.**

64. **In response to paragraph 64 of the Complaint, Defendant restates its responses as set forth in paragraphs 1-63, above.**

65. **In response to paragraph 645of the Complaint, Defendant denies each of the allegations in this paragraph.**

66. **In response to paragraph 65 of the Complaint, Defendant denies each of the allegations in this paragraph.**

67. **In response to paragraph 67 of the Complaint, Defendant denies each of the allegations in this paragraph.**

68. **In response to paragraph 68 of the Complaint, Defendant denies each of the allegations in this paragraph.**

69. **In response to paragraph 69 of the Complaint, Defendant denies each of the allegations in this paragraph.**

## FIRST AFFIRMATIVE DEFENSE

(Failure to State a Claim)

70. Neither the Complaint nor any purported claim for relief therein states a claim upon which relief can be granted against Defendant.

## SECOND AFFIRMATIVE DEFENSE

(Statute of Limitations)

71. As a separate and additional defense to the Complaint, and each purported claim therein, Defendant alleges that the Complaint, and each purported claim therein, is barred to the extent that it relies on events that occurred before the period captured by the running of the applicable statute of limitations.

## THIRD AFFIRMATIVE DEFENSE

(No Right to Attorney's Fees)

72. As a separate and additional defense to the Complaint, and each purported claim therein, Defendant alleges that Plaintiff is not entitled to recovery of attorney's fees from Defendant as alleged in the Complaint.  In the alternative, to the extent that Plaintiff is entitled to recover attorney's fees or costs, such fees and costs are barred on the ground and to the extent that they were not reasonably incurred or were incurred at an excessive rate.

## FOURTH AFFIRMATIVE DEFENSE

(No Injury In Fact)

73. As a separate and additional defense to the Complaint, and each purported claim therein, Defendant alleges that Plaintiff's claims are barred on the ground and to the extent that Plaintiff has suffered no injury in fact with respect to the facts alleged in the Complaint.

## FIFTH AFFIRMATIVE DEFENSE

### (Estoppel)

74. As a separate and additional defense to the Complaint, and each purported claim therein, Defendant alleges that the Complaint, and each purported claim therein, fails because Plaintiff is estopped from seeking recovery from Defendant.

## SIXTH AFFIRMATIVE DEFENSE

### (Waiver)

75. As a separate and additional defense to the Complaint, and each purported claim therein, Defendant alleges that the Complaint, and each purported claim for relief alleged therein, fails because Plaintiff has waived any right to recovery.

## SEVENTH AFFIRMATIVE DEFENSE

### (Good Faith)

76. As a separate and additional defense to the Complaint, and each purported claim therein, Defendant alleges that at all times and with respect to all matters alleged herein, he acted in good faith, with prudence and good cause and within the reasonable expectations of the parties.

## EIGHTH AFFIRMATIVE DEFENSE

### (Plaintiff's Own Acts and Omissions)

77. As a separate and additional defense to the Complaint, and each purported claim therein, Defendant alleges that Plaintiff's conduct concerning the matters alleged in the Complaint constitute carelessness, negligence, misconduct, or bad faith, or Plaintiff was otherwise at fault, and the resulting injuries, if any, sustained by Plaintiff were proximately caused and contributed to, in whole or in part, by the conduct of Plaintiff.

### NINTH AFFIRMATIVE DEFENSE

(No Punitive or Statutory Damages)

78. As a separate and additional defense to the Complaint, and each purported claim therein, Defendant alleges that Plaintiff is not entitled to seek or recover punitive or statutory damages against Defendant for any of the claims stated in the Complaint, nor has Plaintiff alleged facts establishing a lawful basis for the award of punitive or statutory damages.

### TEENTH AFFIRMATIVE DEFENSE

(Laches)

79. As a separate and additional defense to the Complaint, and each purported claim therein, Defendant alleges that Plaintiff's claims, and each of them, are barred by the doctrine of laches to the extent that Plaintiff unreasonably delayed in bringing this action, to the prejudice of Defendant .

### ELEVENTH AFFIRMATIVE DEFENSE

(Business Judgment Rule)

80. As a separate and additional defense to the Complaint, and each purported claim therein, Defendant allege that Plaintiff's purported claims against Defendant are barred, in whole or in part, because at all times Defendant acted on an informed basis, in good faith and in the honest belief that the action(s) and or decision(s) made by Defendant were in the best interests of CCC..

### PRAYER FOR RELIEF

WHEREFORE, Defendant prays for judgment in its favor as follows:

1. That Plaintiff takes nothing by reason of his Complaint;
2. That Defendant be awarded judgment in this action and the

Complaint be dismissed with prejudice;

    3.    That Plaintiff and his attorney of record be ordered to pay Defendant its costs and attorneys' fees incurred as a result of defending this action; and

    4.    For such other and further relief as the Court may deem just and proper.

Respectfully submitted,

Dated:   August 11, 2007       S//Stuart J. Colville
                                            Stuart J. Colville
                                            Attorney for Continental Credit Control, Inc.

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 3-16 of the Local Rules of the United States District Court for the Northern District of California, the undersigned counsel of record for Defendant Continental Credit Control, Inc. certifies that the following listed persons and corporations have an arguable direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

ANSWER OF CONTINENTAL CREDIT CONTROL, INC. TO COMPLAINT - 11
**C07-03484-RS**

| | |
|---|---|
| Michael Hawkins | Plaintiff |
| Continental Credit Control, Inc. | Defendant |
| Edward A. Thompson | President of Defendant |

Dated:   August 11, 2007            <u>S//Stuart J. Colville</u>
                                     Stuart J. Colville
                                     Attorney for Continental Credit Control, Inc.

_____

ANSWER OF CONTINENTAL CREDIT CONTROL, INC. TO COMPLAINT - 12
**C07-03484-RS**