Ronald Wilcox, State Bar No. 176601
Attorney at Law
2160 The Alameda, Suite F, 1st Floor
San Jose, California 95126
Telephone Number: (408) 296-0400
Facsimile Number: (408) 296-0486

Attorney for Plaintiff MICHAEL HAWKINS

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MICHAEL HAWKINS, <br><br> Plaintiff, <br><br> v. <br><br> CONTINENTAL CREDIT CONTROL, INC. <br><br> Defendants. | Case No. 07-03484 RS <br><br> **NOTICE OF NEED OF ADR PHONE CONFERENCE** |

The parties have met and conferred. Defendant has failed and/or refused to respond to Plaintiff's suggestion the parties attend Mediation. Thus, Plaintiff hereby files this Notice of Need of ADR Phone Conference.

Date: 8/16/07

/s/RonaldWilcox
Ronald Wilcox