STUART J. COLVILLE   (SBN 92561)
Attorney at Law
5020 Campus Drive
Newport Beach, California 92660
Telephone:  (949) 274-5257
Facsimile:   (949) 757-0094
colvillelaw@mindspring.com

Attorney for Defendants Continental Credit Control, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL HAWKINS<br><br>        Plaintiff,<br><br>    Vs.<br><br>CONTINENTAL CREDIT CONTROL<br><br>        Defendant. | Case No.  C07-03484-RS<br><br>Assigned to Hon. Richard Seeborg<br><br>**INITIALWITNESS DISCLOSURE OF DEFENDANTS CONTINENTAL CREDIT CONTROL, INC.** |

    Pursuant to Rule 26 of the Federal Rules of Civil Procedure, Defendant Continental Credit Control, Inc. makes the following initial disclosure of witnesses likely to have discoverable information that may be used to support its defenses in this action; contact information is provided where known or available to this disclosing Defendant:

---

**INITIAL WITNESS DISCLOSURE OF DEFENDANT CONTINENTAL CREDIT CONTROL**
C07-03484-RS

1

1. Edward A. Thompson-President of Defendant Continental Credit Control, Inc. Mr. Thompson can be contacted through his attorney of record, Stuart J. Colville.

2. Karen Lord-Contact information is not presently known but will be disclosed when ascertained.

   This disclosing Defendant reserve the right to disclose additional witnesses as discovered or to rely on the witnesses disclosed by Plaintiff.

Dated September 25, 2007

S// STUART J, COLVILLE
_____
STUART J, COLVILLE
Attorney for Defendant

---

INITIAL WITNESS DISCLOSURE OF DEFENDANT CONTINENTAL CREDIT CONTROL

C07-03484-RS

2