1  STUART J. COLVILLE   (SBN 92561)
   Attorney at Law
2  5020 Campus Drive
   Newport Beach, California 92660
3  Telephone:  (949) 274-5257
   Facsimile:   (949) 757-0094
4  colvillelaw@mindspring.com

5  Attorney for Defendants Continental Credit Control, Inc.

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12 MICHAEL HAWKINS,              ) Case No.  C07-03484-RS
                                 )
13         Plaintiff,            ) Assigned to Hon. Richard Seeborg
                                 )
14     Vs.                       )
                                 )
15 CONTINENTAL CREDIT CONTROL, INC. )
                                 ) **INITIAL DOCUMENT DISCLOSURE OF**
16         Defendant.            ) **DEFENDANT CONTINENTAL CREDIT**
                                 ) **CONTROL, INC.**
17                               )
                                 )
18                               )
                                 )
19                               )

20  _____

21

22      Pursuant to Rule 26 of the Federal Rules of Civil Procedure, Defendant

23 Continental Credit Control, Inc. makes the following initial disclosure of

24 documents.

25 1. This disclosing Defendant have to date, through counsel, copied and will deliver

26 to Plaintiff by September 26, 2007,, copies of documents numbered CCC 0001

through 0013 These documents consist of the general categories of specimen

**INITIAL DOCUMENT DISCLOSURE OF DEFENDANT CONTINENTAL CREDIT CONTROL, INC.**

1
C07-03484-RS

copies of correspondence directed to the Plaintiff and Defendant Continental Credit Control's file notes pertaining to the underlying collection action.

This disclosing Defendant reserve the right to disclose additional documents as discovered or to rely on the documents disclosed by Plaintiff.

Dated September 25, 2007

S// STUART J, COLVILLE
_____
STUART J, COLVILLE
Attorney for Defendant

---

**INITIAL DOCUMENT DISCLOSURE OF DEFENDANT CONTINENTAL CREDIT CONTROL, INC.**

2
C07-03484-RS