**\*E-FILED\***
**September 26, 2007**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HAWKINS, | No. C 07-03484 RS |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| CONTINENTAL CREDIT CONTROL, INC., | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

    Due to the unavailability of the Court, the case management conference in the above-captioned matter currently set for October 17, 2007 at 2:30 p.m. has been continued to **October 24, 2007 at 2:30 p.m.** The parties shall file a joint case management conference statement no later than October 17, 2007.

Dated: September 26, 2007

                                        For the Court,
                                        RICHARD W. WEIKING, Clerk

                                        By:   /s/ Martha Parker Brown
                                                     Courtroom Deputy Clerk

United States District Court
For the Northern District of California

**THIS IS TO CERTIFY THAT THIS NOTICE WAS DELIVERED TO:**

Stuart J. Colville    colvillelaw@mindspring.com

Ronald Wilcox    ronaldwilcox@post.harvard.edu