Ronald Wilcox, Esq., State Bar No. 176601
2160 The Alameda, Suite F, First Floor
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

ATTORNEY FOR PLAINTIFF

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL HAWKINS, | CIV. NO. C07-03484 RS |
| Plaintiff, | |
| v. | JOINT CONSENT TO MAGISTRATE |
| CONTINENTAL CREDIT CONTROL, INC. | |
| Defendant. | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE:

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned parties hereby voluntarily consent to have United States Magistrate Judge Seeborg conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal form the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: October 15, 2007            /s/Ronald Wilcox
                                   Ronald Wilcox, Counsel for Plaintiff

Dated: October 15, 2007            *[signature]*
                                   Stuart Colville, Counsel for Defendant

- 1 -

Joint Consent to Magistrate