Ronald Wilcox, Esq., State Bar No. 176601
2160 The Alameda, Suite F, First Floor
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL HAWKINS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CONTINENTAL CREDIT CONTROL, INC.<br><br>　　　　Defendant. | CIV. NO. C07-03484 RS<br><br>JOINT CASE MANAGEMENT CONFERENCE STATEMENT<br><br>Date: October 24, 2007<br>Time: 2:30 p.m.<br>Courtroom 4<br>5th Floor |

The parties of the above-entitled action jointly submit this Case Management Statement.

1. **JURISDICTION AND SERVICE:**

Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d), 28 U.S.C. § 1337, and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. § 1367.

<u>Issues regarding personal jurisdiction or venue</u>

None known at this time.

<u>Parties which remain to be served</u>:

None known at this time.

2. **FACTS:**

Plaintiff incurred a consumer obligation to Segal & Indianer Physiciatric for personal, family or household purposes. Plaintiff is informed and believes, and thereon alleges that sometime thereafter on a date unknown to the Plaintiff, the debt was sold, assigned or otherwise

- 1 -

Joint Case Management Conference Statement

transferred to Defendant Continental Credit Control, Inc. ("CCC" herein). Plaintiff alleges that CCC sent collection letters that contains false, deceptive, and misleading statements in an attempt to collect a debt or collect payment on a debt, falsely threatened imminent action not intended and not taken within the time frame threatened, including legal action, and created a false sense of urgency. Plaintiff also alleges CCC falsely represented to Plaintiff that his credit was not affected and that CCC did not report his account to the credit bureaus, when in fact CCC did report the debt to the credit bureaus. Plaintiff further alleges that as a direct and proximate result of CCC's abusive and deceptive acts, Plaintiff has suffered emotional distress.

3. **LEGAL ISSUES:**

a. Whether Defendant's collection letters threatened imminent legal action not intended and not taken within the time frame threatened.

b. Whether Defendant's collection letters used false, deceptive, and misleading statements in an attempt to collect a debt or collect payment on a debt.

c. Whether Defendant's collection letters created a false sense of urgency.

d. Whether Defendant's collection letters falsely represented to Plaintiff that his credit was not affected and that Defendant did not report his account to the credit bureaus.

4. **MOTIONS:**

None known at this time.

5. **AMENDMENT OF PLEADINGS:**

Each side can amend the pleadings once without further stipulation.

6. **EVIDENCE PRESERVATION:**

None known at this time.

7. **DISCLOSURES:**

Both parties have already exchanged initial disclosures.

8.  **DISCOVERY:**

    The parties agree to the following discovery plan:

    The parties will follow FRCP.

9.  **CLASS ACTIONS:**

    N/A.

10. **RELATED CASES:**

    N/A.

11. **RELIEF:**

    Plaintiff seeks statutory damages and actual damages pursuant to Cal. Civil Code § 1788.17, 1788.30, and 15 U.S.C. § 1692k. Plaintiff further seeks costs and reasonable attorney's fees pursuant to Cal. Civil Code § 1788.17, 1788.30, and 15 U.S.C. § 1692k. The damages are to be determined by the trier of fact.

12. **SETTLEMENT AND ADR:**

    The parties have a telephone conference with the ADR Unit scheduled for October 16, 2007.

13. **CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES:**

    The parties will consent to assignment of this case to a United States Magistrate Judge for jury trial.

14. **OTHER REFERENCES:**

    N/A.

15. **NARROWING OF ISSUES:**

    The parties agree Plaintiff is a "consumer" under 15 U.S.C. § 1692a(3) and a "debtor" under Cal. Civil Code § 1788.2, the Defendant is a "debt collector" under 15 U.S.C. § 1692a(6) and Cal. Civil Code § 1788.2, and Defendant was attempting to collect a consumer "debt" under 15 U.S.C. § 1692a(5) and Cal. Civil Code § 1788.2(f).

- 3 -

16. **EXPEDITED SCHEDULE:**

See below.

17. **SCHEDULING:**

The parties propose the following dates:

Designation of Experts: 6 months

Discovery Cutoff: 6 months

Hearing of Dispositive Motions: 8 months

Pretrial conference and trial: 10 months

18. **TRIAL:**

The case will be tried by jury and expected to last for 3-5 days.

19. **DISCLOSURE OF NON-PARTY INTERESTED ENTITIES**

The parties have not filed the "Certification of Interested Entities or Persons." Other than the named parties, there is no such interest to report.

20. **OTHER:**

None known at this time.

Dated: October 15, 2007          /s/Ronald Wilcox
                                  Ronald Wilcox, Counsel for Plaintiff

Dated: October 15, 2007          *Stuart Colville* [signature]
                                  Stuart Colville, Counsel for Defendant