**\*E-FILED\***
**October 16, 2007**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL HAWKINS,       No. C 07-03484 RS

    Plaintiff,

  v.      **CLERK'S NOTICE**

CONTINENTAL CREDIT CONTROL, INC.,

    Defendant.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    The Case Management Conference set for **October 24, 2007 at 2:30 p.m.** will be conducted telephonically. No later than October 19, 2007, the parties shall contact Court Conference at 866/582-6878 to arrange participation by telephone.

Dated: October 16, 2007

          For the Court,
          RICHARD W. WEIKING, Clerk

          By:   /s/ Martha Parker Brown
                    Courtroom Deputy Clerk

**THIS IS TO CERTIFY THAT THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

Stuart J. Colville    colvillelaw@mindspring.com

Ronald Wilcox    ronaldwilcox@post.harvard.edu

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: October 16, 2007