Ronald Wilcox, Esq., State Bar No. 176601
2160 The Alameda, Suite F, First Floor
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

ATTORNEY FOR PLAINTIFF

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| MICHAEL HAWKINS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CONTINENTAL CREDIT CONTROL, INC.) <br> ) <br> ) <br> Defendant. ) <br> ) | CIV. NO. C07-03484 RS <br><br> **CERTIFICATION OF INTERESTED** <br> **ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, I, Ronald Wilcox, certify that as of this date, other than the named

parties, there is no such interest to report.

Date: October *15*, 2007

_____
Ronald Wilcox
Attorney for Plaintiff

- 1 -