**United States District Court**
For the Northern District of California

**\*E-FILED 10/24/07\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL HAWKINS, | No. C 07-03484 RS |
| Plaintiff, | |
| v. | CASE MANAGEMENT SCHEDULING ORDER |
| CONTINENTAL CREDIT CONTROL, INC., | |
| Defendant. | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a Case Management Conference was held on October 24, 2007. After considering the Case Management Statement and Proposed Order submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, **IT IS HEREBY ORDERED THAT:**

A further case management conference shall be held on **January 16, 2008 at 2:30 p.m.** An updated joint case management conference statement shall be filed no later than January 9, 2008.

**IT IS SO ORDERED.**

DATED: October 24, 2007

_____
RICHARD SEEBORG
United States Magistrate Judge

CASE MANAGEMENT SCHEDULING ORDER

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Stuart J. Colville    colvillelaw@mindspring.com

Ronald Wilcox    ronaldwilcox@post.harvard.edu

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: October 24, 2007

      /s/ BAK
     Chambers of Magistrate Judge Richard Seeborg

CASE MANAGEMENT SCHEDULING ORDER   2