# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Richard Seeborg, Presiding**

Courtroom 4 - 5th Floor

# Civil Minute Order

Date:   October 24, 2007                                                  Time in Court:

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR: Not recorded

---

**TITLE:** Michael Hawkins v. Continental Credit Control, Inc.,
**CASE NUMBER**: C07-03484RS
Plaintiff Attorney present: Ronald Wilcox via telephone
Defendant Attorney present: Stuart Colville via telephone

---

**PROCEEDINGS: Case Management Conference**


Hearing held.

Court to issue written ruling.