```
Ronald Wilcox, State Bar No. 176601
Attorney at Law
2160 The Alameda, Suite F, 1st Floor
San Jose, California 95126
Telephone Number: (408) 296-0400
Facsimile Number: (408) 296-0486

Attorney for Plaintiff OSCAR LOPEZ
Attorney for Plaintiff MICHAEL HAWKINS
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| OSCAR LOPEZ, <br><br> Plaintiff, <br><br> v. <br><br> CONTINENTAL CREDIT CONTROL, INC. and JEFF JOHNSON, <br><br> Defendants. | Case No. 06-07586 JW <br><br> NOTICE OF RELATED CASES, JOINT CONSENT TO MAGISTRATE, REQUEST TO CONTINUE 1/28/08 MOTION FOR SUMMARY JUDGMENT, STIPULATION TO MEDIATE, and [PROPOSED] ORDER |
| MICHAEL HAWKINS, <br> Plaintiff, <br><br> v. <br><br> CONTINENTAL CREDIT CONTROL, INC., <br><br> Defendant. | Case No. 07-03484 RS |

The parties met and conferred on January 4, 2008, regarding:

1) whether to relate *Lopez v. Continental Credit Control, Inc.*, et al., and *Hawkins v. Credit Control, Inc.*, 07-03484 RS, and request assignment to the Hon. Richard Seeborg for all purposes (the parties already filed a Joint Consent to Magistrate Judge Seeborg in the *Hawkins* matter);

2) the upcoming Motion for Summary Judgment in *Lopez v. Continental Credit Control, Inc., et al.*, set for January 28, 2008;

3) the upcoming Case Management Conference in *Hawkins v. Continental Credit Control, Inc.*, set for January 16, 2008; and

4) agreeing to mediate both actions through the Court's ADR program.

**1) NOTICE OF RELATED CASES**

**L.R. 3-12. Related Cases.**

**(a) Definition of Related Cases.** An action is related to another when:

(1) The actions concern substantially the same parties, property, transaction or event; and

(2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

Two plaintiffs have brought separate actions against Continental Credit Control, Inc. and its collection employees. The plaintiffs allege Defendants have engaged in unlawful collection practices, and have sent false, deceptive and misleading letters in an attempt to collect a debt. Both plaintiffs allege Defendant violated the Fair Debt Collection Practices Act and California Fair Debt Collection Practices Act. The Plaintiffs are represented by Ronald Wilcox, Esq. and the Defendants are represented by Stuart Colville.

The parties believe there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges. Thus, the parties request reassignment to Magistrate Judge Seeborg for all purposes.

**2) JOINT CONSENT TO MAGISTRATE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned parties hereby voluntarily consent to have United States Magistrate Judge Seeborg conduct any

NOTICE OF RELATED CASES, JOINT CONSENT TO MAGISTRATE, REQUEST TO CONTINUE 1/25/08 MOTION FOR SUMMARY JUDGMENT, STIPULATION TO MEDIATE, and [PROPOSED] ORDER

2

and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

### 3) REQUEST TO CONTINUE 1/28/08 MOTION FOR SUMMARY JUDGMENT

In light of the above the parties hereby request that the Motion for Summary Judgment before the Hon. James Ware, currently set for January 28, 2008 in the *Lopez v. Continental Credit Control, Inc. et al.*, matter, be taken off calendar. The parties further request the rescheduling of the motion be addressed at the Case Management Conference currently scheduled for January 16, 2008, before the Hon. Richard Seeborg. Defendants shall file their opposition 28 days before the new motion hearing date, and Plaintiff shall file any reply 14 days before the new motion hearing date.

### 4) STIPULATION TO MEDIATE

The parties hereby stipulate to mediate both matters through the Court's ADR program.

Date: 1/4/08

_____
Ronald Wilcox
Attorney for Plaintiffs

Date: 1/4/08

_____
Stuart Colville
Attorney for Defendants

NOTICE OF RELATED CASES, JOINT CONSENT TO MAGISTRATE, REQUEST TO CONTINUE 1/25/08 MOTION FOR SUMMARY JUDGMENT, STIPULATION TO MEDIATE, and [PROPOSED] ORDER    3

# [PROPOSED] ORDER

**Pursuant to the stipulation of the parties:**

1) *Lopez v. Continental Credit Control, Inc.*, et al., 06-07586, and *Hawkins v. Credit Control, Inc.*, et al., 07-03484 RS, shall be related and reassigned to the Hon. Richard Seeborg;

2) The January 28, 2008 Motion for Summary Judgment is hereby off calendar;

3) The parties shall address rescheduling of the motions, in accordance with the above, with the Hon. Richard Seeborg at the currently scheduled Case Management Conference of January 16, 2008;

4) The parties are ordered to Mediate these actions with the Court's ADR program.

IT IS SO ORDERED.

Date:

_____
**HON. JAMES WARE**
**U.S. DISTRICT JUDGE**

NOTICE OF RELATED CASES, JOINT CONSENT TO MAGISTRATE, REQUEST TO CONTINUE 1/25/08 MOTION FOR SUMMARY JUDGMENT, STIPULATION TO MEDIATE, and [PROPOSED] ORDER           4