Ronald Wilcox, Esq., State Bar No. 176601
2160 The Alameda, Suite F, First Floor
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

ATTORNEY FOR PLAINTIFF

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL HAWKINS,<br><br>  Plaintiff,<br><br>  v.<br><br>CONTINENTAL CREDIT CONTROL, INC.<br><br>  Defendant. | CIV. NO. C07-03484 RS<br><br>**STIPULATION, REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE, and [PROPOSED] ORDER**<br><br>CMC Date: January 16, 2008<br>Time: 2:30 p.m. |

The parties met and conferred on January 8, 2007, and report as follows:

1. On Friday, January 4, 2007, the parties filed a Notice of Related Cases, Joint Consent to U.S. Magistrate Judge, Request to Continue 1/28/08 Motion for Summary Judgment, Stipulation to Mediate and [Proposed] Order, in *Lopez v. Continental Credit Control et al.*, 06-07586 JW, and *Hawkins v. Continental Credit Control, Inc.*, 07-03484 RW. Docket #15.

2. The parties intend to proceed to mediation, through the Court's ADR Unit, in an effort to resolve both cases. All parties will physically appear at the mediation.

3. The parties agree the F.R.C.P. 30(b)(6) deposition taken in the *Lopez* matter can be used in the *Hawkins* matter, and that a F.R.C.P. 30(b)(6) deponent will also be produced in the San Francisco Bay area on the day following the mediation, in the event the *Hawkins* matter is not

- 1 -

Joint Case Management Conference Statement

resolved at the mediation. The parties will proceed to serve written discovery in the Hawkins matter and Initial Disclosures will be exchanged by Friday, January 18, 2008.

4. Plaintiff will re-notice the Motion for Summary Judgment in the event the *Lopez* matter is not resolved at the mediation (Defendant shall file any opposition 28 days before the hearing, and Plaintiff shall file any reply 14 days before the hearing).

5. In light of the above, the parties respectfully request the January 16, 2008 Case Management Conference be continued for 120-days.

Dated: January 9, 2008

_____
Ronald Wilcox, Counsel for Plaintiff

Dated: January 9, 2008

_____
Stuart Colville, Counsel for Defendant

### [Proposed] ORDER

The Court hereby adopts the terms of the parties' stipulation. The January 16, 2008 Case Management Conference is hereby continued to _____.

**IT IS SO ORDERED.**

Date:

_____
Hon. Richard Seeborg
U.S. MAGISTRTATE JUDGE

- 2 -

Joint Case Management Conference Statement