**United States District Court**
**Northern District of California**

# UNITED STATES DISTRICT COURT

**Northern District of California**

| | |
|---|---|
| Lopez, | 06-07586 RS MED & related case |
| Plaintiff(s), | 07-03484 RS MED |
| v. | **Notice of Appointment of Mediator** |
| Continental Credit Control, Inc.,, | |
| Defendant(s). | |
| _____ | |
| Hawkins, | |
| Plaintiff(s), | |
| v. | |
| Continental Credit Control, Inc.,, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to these cases is:

**Michael Timpane**
Timpane ADR Services
1901 Harrison St., Suite 1150
Oakland, CA 94612
510-625-8885

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference

**Notice of Appointment of Mediator**
06-07586 RS MED/07-03484 RS MED     - 1 -

1 with counsel under ADR L.R. 6-6 and will set the date of the mediation session within
2 the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.
3 The court permits the mediator to charge each party its pro rata share of the cost of the
4 phone conference.

5     Counsel are reminded that the written mediation statements required by the ADR
6 L.R. 6-7 shall NOT be filed with the court.

8 Dated: January 16, 2008

RICHARD W. WIEKING
Clerk
by:     Alice M. Fiel

ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
06-07586 RS MED/07-03484 RS MED     - 2 -