# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Lopez/Hawkins,<br><br>        Plaintiff(s),<br><br>        v.<br><br>Continental Credit Control, Inc.,<br><br>        Defendant(s). | No. C 06-07586 RS MED & related case<br><br>No. C 07-03484 RS MED<br><br>**Certification of ADR Session** |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a Mediation on <u>March 17, 2008.</u>
2. Did the case settle?    <u>Partially settled.</u>
3. If the case did not settle fully, is any follow-up contemplated? <u>Yes.</u>
        another session scheduled for
     X phone discussions expected
        no
4. **IS THIS ADR PROCESS COMPLETED?    No.**

Dated:    <u>March 18, 2008</u>    /s/ Michael Timpane
**Mediator**,
Timpane ADR Services
1901 Harrison St., Suite 1150
Oakland, CA 94612

**Certification of ADR Session**
06-07586 RS MED