Ronald Wilcox, State Bar No. 176601
Attorney at Law
2160 The Alameda, Suite F, 1st Floor
San Jose, California 95126
Telephone Number: (408) 296-0400
Facsimile Number: (408) 296-0486

*E-FILED 5/15/08*

Attorney for Plaintiff OSCAR LOPEZ
Attorney for Plaintiff MICHAEL HAWKINS

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| OSCAR LOPEZ,<br><br>Plaintiff,<br><br>v.<br><br>CONTINENTAL CREDIT CONTROL, INC. and JEFF JOHNSON,<br><br>Defendants. | **Case No. 06-07586 RS**<br><br>**PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT, REQUEST TO CONTINUE CMC and [PROPOSED] ORDER** |
| MICHAEL HAWKINS,<br><br>Plaintiff,<br><br>v.<br><br>CONTINENTAL CREDIT CONTROL, INC.,<br><br>Defendant. | **Case No. 07-03484 RS** |

On March 17, 2008 the parties attended Mediation. The matter was subsequently resolved, with Defendant being required to conclude the terms of settlement within 10 days of May 8, 2008. Defendants have indicated it may not conclude the terms of settlement by that date. If Defendants fail to conclude the terms of settlement Plaintiffs will file an appropriate Motion.

1

Thus, Plaintiffs request the Court continue the May 21, 2008 Case Management Conference to June 25, 2008.

/s/Ronald Wilcox
Ronald Wilcox
Attorney for Plaintiffs

[PROPOSED] ORDER

The May 21, 2008 Case Management Conference is hereby continued to

June 25, 2008 @ 2:30 p.m.

**IT IS SO ORDERED.**

Date:

*[signature]*

**HON. RICHARD SEEBORG**
**U.S. MAGISTRATE JUDGE**