Ronald Wilcox, State Bar No. 176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL HAWKINS,<br><br>    Plaintiff,<br><br>vs.<br><br>CONTINENTAL CREDIT CONTROL, INC.,<br><br>    Defendant. | CIV. NO. C07-03484 RS<br><br>STIPULATION FOR ENTRY OF JUDGMENT AND [PROPOSED] JUDGMENT |

WHEREAS, the parties proceeded to Mediation and agreed to resolve the underlying dispute, with Defendant agreeing to pay Plaintiff the sum of $4,000 plus reasonable attorney's fees and costs to be determined by a neutral third-party;

WHEREAS, the neutral third-party, Gregory Walker, Esq., determined that Defendant shall pay Plaintiff $7,184.67 for reasonable attorney's fees and costs;

It is hereby stipulated by the parties hereto that Judgment shall be entered in favor of Plaintiff Michael Hawkins and against Defendant Continental Credit Control, Inc. in the amount of $11,184.67.

1. Said judgment amount shall be paid as follows:

    (a) Payment of the sum of $4,000, shall be due on or before May 19, 2008,

(b) Payment of the sum of $2,000, via certified check, shall be due on or before June 19, 2008.

(c) Payment of the sum of $2,000, via certified check, shall be due on or before July 19, 2008.

(d) Payment of the sum of $3,184.67, via certified check, shall be due on or before August 19, 2008.

\* All payments shall be made payable to Ronald Wilcox, Client Trust Account, and shall be mailed to 2160 The Alameda, First Floor, Suite F, 95126. Payments received shall be disbursed to Plaintiff in the manner agreed to by Plaintiff and Plaintiff's counsel. Plaintiff's claim against Defendant shall not be extinguished until all payments are received under Paragraph 1.

2. Plaintiff shall not pursue any enforcement of this judgment, unless Defendant fails to make any payment as set forth in paragraph 1 hereof. In the event of default, the entire balance of the judgment may be immediately accelerated at Plaintiff's option, and upon Defendant's default, Plaintiff may pursue all means of enforcement of this judgment. It is expressly understood by the parties that time is of the essence.

3. Plaintiff shall be entitled to a further award of attorney's fees and costs against defendants if it becomes necessary to enforce this judgment upon breach.

4. The parties hereby expressly consent to the magistrate and agree this court shall retain jurisdiction to enforce this judgment if necessary.

5. In the event the Defendant fully comply with the payment requirements in paragraph 1 hereof, then Plaintiff shall provide Defendant with an Acknowledgement of Satisfaction of Judgment.

STIPULATION FOR ENTRY OF JUDGMENT AND [PROPOSED] JUDGMENT

2

1
2  Dated: 5/23/08        _____
                         Defendant CONTINENTAL
3                        CREDIT CONTROL, INC.     Pres.

4  Dated: 5/23/08        _____
                         RONALD WILCOX
5                        Attorney for Plaintiff

6  Dated: 5/22/08        _____
                         STUART COLVILLE
7                        Attorney for Defendant

8

9                        [PROPOSED] JUDGMENT

10         Judgment shall be entered in favor of Plaintiff Michael Hawkins and against

11  Defendant Continental Credit Control, Inc. in the amount of $11,184.67, with payments to be

12  made pursuant to the above stipulation of the parties. The U.S. District Court, and Magistrate

13  Judge Seeborg, retain jurisdiction to enforce this judgment.

14

15
    **IT IS SO ORDERED.**
16

17  Dated: _____        _____
                                  HON. MAGISTRATE JUDGE SEEBORG
18

19

20

21

22

23

24

STIPULATION FOR ENTRY OF JUDGMENT AND [PROPOSED] JUDGMENT        3